UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| STATE OF NEW YORK AND CITY OF NEW YORK, *ex rel.* BRIAN ARYAI, | : : : | |
| Plaintiffs/Relator, | : | |
| v. | : : | 1:18-cv-09367 (AKH) |
| SKANSKA; TURNER CONSTRUCTION; TISHMAN CONSTRUCTION CORPORATION; PLAZA CONSTRUCTION CORPORATION; HUNT-BOVIS; TISHMAN/WASHINGTON GROUP; TISHMAN/HARRIS; PHOENIX CONSTRUCTORS, FLUOR ENTERPRISES, INC., SLATTERY SKANSKA, INC., AND BOVIS LEND LEASE, LMB, INC., SLATTERY SKANSKA/EDWARDS & KELSEY DESIGN-BUILD; S3 TUNNEL CONSTRUCTORS, SKANSKA USA CIVIL NORTHEAST, SCHIAVONE CONSTRUCTION AND J.F. SHEA; TISHMAN SPEYER; HUNTER ROBERTS CONSTRUCTION GROUP; GRANITE NORTHEAST; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14; LOCAL 79 MASON TENDERS' DISTRICT COUNCIL OF GREATER NEW YORK; AND NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS LOCAL 1536, | : : : : : : : : : : : : : : : : : : : : : | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Lea Haber Kuck, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters her appearance in this action as counsel for Defendant Hunter Roberts Construction Group, LLC.

Dated:   New York, New York
           October 18, 2018

                                        Respectfully submitted,

                                        /s/ Lea Haber Kuck
                                        Lea Haber Kuck
                                        (Lea.Kuck@skadden.com)
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York  10036
                                        Phone:  (212) 735-3000
                                        Fax:  (212) 735-2000

                                        *Attorneys for Defendant Hunter Roberts*
                                          *Construction Group, LLC*